**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| FABIAN VILLARREAL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ELDORADO RESORTS CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:14-CV-01415-APG-VCF<br><br>**ORDER** |

　　In light of the Amended Complaint (Dkt. #12),

　　IT IS ORDERED that Defendants' Motion to Dismiss (Dkt. #8) the original Complaint is DENIED as moot.

　　DATED this 10th day of February, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE