UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FABIAN VILLARREAL, | |
|   Plaintiff(s), | Case No. 2:14-cv-01415-APG-VCF |
| vs. | ORDER |
| ELDORADO RESORTS CORPORATION, et al., | (Docket Nos. 15, 24) |
|   Defendant(s). | |

This case has been assigned to the Court-Based Early Neutral Evaluation ("ENE") Program in the District of Nevada as outlined in Local Rule 16-6. Docket No. 3. On December 15, 2014, the Court scheduled an ENE session to commence on March 19, 2015. Docket No. 15. On February 26, 2015, Defendants filed a request that the Court exempt this case from the ENE or, in the alternative, to excuse from personal attendance at the ENE those individuals who would be required to travel from out-of-state. Docket No. 24. Defendants represent that "[t]o require the parties to attend the ENE sessions at this juncture would amount to little more than a waste of judicial resources, as well as time and money for both parties." *Id.*, at 3. On February 27, 2015, Plaintiff filed his response, stating that Plaintiff believes that "an ENE in this matter would not be constructive." Docket No. 27, at 2.

Pursuant to Local Rule 16-6(c) "[t]he evaluating magistrate judge shall have the final authority to grant or deny any motion requesting exemption from early neutral evaluation." Based on the parties' positions, the Court determines that it should exempt this case from the ENE program.

. . .

Accordingly, the Court hereby **GRANTS** Defendants' request that the Court exempt this case from the ENE program (Docket No. 24), and **VACATES** the ENE session (Docket No. 15).

IT IS SO ORDERED.

DATED: March 5, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge