ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
SHELLEY L. MURRAY
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Eldorado Resorts Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FABIAN VILLARREAL,<br><br>                     Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALAGANI; JAMES GRIMES,<br><br>                     Defendants. | Case No.: 2:14-cv-01415-RFB-PAL<br><br>**STIPULATION TO RESPOND TO PLAINTIFF FABIAN VILLARREAL'S SECOND AMENDED COMPLAINT** |

In anticipation of Plaintiff Fabian Villarreal ("Plaintiff") filing a Second Amended Complaint, rendering his First Amended Complaint filed November 18, 2014, Doc. # 12 inoperative, Defendant Eldorado Resorts Corporation ("Eldorado" or "Defendant"), and Plaintiff, by and through their undersigned counsel, hereby stipulate that Defendant will not submit a response to Plaintiff's First Amended Complaint but instead respond to Plaintiff's Second Amended Complaint after filing.  The parties further agree that Defendant will respond to

1  Plaintiff's Second Amended Complaint in conformance with the Court's Order on the Motion to
2  Dismiss, dated September 30, 2015, Doc. # 54.
3        This Stipulation is made in good faith and is not intended for purposes of delay.
4  Accordingly, the parties hereby stipulate and agree as follows:
5        IT IS HEREBY STIPULATED that Defendant will not provide a response to Plaintiff's
6  First Amended Complaint and respond only to Plaintiff's Second Amended Complaint.

7  Dated this 14th day of October, 2015.    Dated this 14th day of October 2015.

8  WATKINS & LETOFSKY, LLP    OGLETREE, DEAKINS, NASH, SMOAK
9                             & STEWART, P.C.

10 /s/ Daniel R. Watkins    /s/ Jill Garcia
11 Daniel R. Watkins        Anthony L. Martin
   Brian S. Letofsky        Jill Garcia
12 Watkins & Letofsky, LLP  Shelley L. Murray
   400 South 4th Street, Suite 280    Wells Fargo Tower, Suite 1500
13 Las Vegas, NV 89101      3800 Howard Hughes Parkway
                            Las Vegas, NV 89169
14 *Attorneys for Plaintiff*    Telephone: 702.369.6800

15                          *Attorneys for Defendant Eldorado Resorts*
16                          *Corporation*

17                          **ORDER**
18
19 IT IS SO ORDERED.
20                          _____
                            UNITED STATES MAGISTRATE JUDGE
21
                            November 13, 2015
22                          _____
                            Dated