ANTHONY L. MARTIN
Nevada Bar No. 08177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 07805
jill.garcia@ogletreedeakins.com
Z. KATHRYN BRANSON
Nevada Bar No. 11540
kathryn.branson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Eldorado Resorts Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FABIAN VILLARREAL,<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALAGANI; JAMES GRIMES,<br><br>Defendants. | Case No.: 2:14-cv-01415-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXCEED PAGE LIMITATION OF BRIEFS AND POINTS AND AUTHORITIES** |

Pursuant Local Rules 7-1, 7-2 and 7-4, Plaintiff Fabian Villarreal ("Plaintiff" or "Villarreal") and Defendant Eldorado Resorts Corporation ("Eldorado" or "Defendant") by and through their undersigned counsel, hereby stipulate and jointly move this Court to allow the parties to exceed the presumptive page limitations contained in LR 7-4 for points and authorities in support of motions and responses related to Defendant's Motion for Summary Judgment to be filed in this case – to wit: Defendant's points and authorities in support of the Motion, Plaintiff's response thereto, and Defendant's reply.

Defendant and Plaintiff intend to make every effort to be as concise as possible in their arguments and factual statements. However, based on the number of claims at issue, each which must be addressed separately (many both factually and legally), it is not possible for the parties to adequately address all of the claims at issue within the 30 page presumptive limit contained in LR 7-4, or the 20 page presumptive limit for reply briefs. Accordingly, the parties jointly request that the Court allow: (1) Defendant up to 40 pages for its memorandum in support of its Motion for Summary Judgment; (2) Plaintiff up to 40 pages for his response to Defendant's Motion for Summary Judgment; and (3) Defendant up to 30 pages for its reply in support of its Motion for Summary Judgment.

DATED this 2nd day of February, 2016.

WATKINS & LETOFSKY, LLP

/s/ Daniel Watkins
Daniel R. Watkins
Brian S. Letofsky
400 S. Fourth Street
Suite 280
Las Vegas, NV  89101
Telephone:  702-385-5191
*Attorneys for Plaintiff*

DATED this 2nd day of February, 2016.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Jill Garcia
Anthony L. Martin
Jill Garcia
Z. Kathryn Branson
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV  89169
Telephone:  702-369-6800
*Attorneys for Defendant*

IT IS SO ORDERED.

**ORDER**

_____
RICHARD F. BOULWARE, II
United States District Judge

February 4, 2016.
DATED